UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WINSTON MORGAN, | : |
| Plaintiff, | : |
| v. | : |
| | : CASE NO. 3:07CV1059 (RNC) |
| CORT BUSINESS SERVICES CORP., | : |
| Defendant. | : |

**ORDER ON MOTION FOR RECONSIDERATION**

By order dated 12/10/07, the court granted the defendant's unopposed Motion to Compel the plaintiff's responses to defendant's discovery requests, (doc. #20). The court imposed sanctions, awarding the defendant its attorney's fees reasonably incurred in the preparation of its motion.

The plaintiff now moves for reconsideration of that order on the grounds that counsel had difficulty locating his client but has now done so.

The standard for granting a motion for reconsideration under Fed. R. Civ. P. 59(e) is "strict." Shrader v. CSX Transp., Inc., 70 F.3d 255, 257 (2d Cir. 1995). "The only permissible grounds on which to grant a motion for reconsideration are: (1) an intervening change in the law; (2) the availability of new evidence not previously available; or (3) the need to correct a clear error of law or prevent manifest injustice." Martin v. Dupont Flooring Sys., 3:01 CV 2189(SRU), 2004 U.S. Dist. LEXIS 9373, *3 (D. Conn. May 25, 2004)(internal citations omitted)

(emphasis added).

The plaintiff has not established grounds for the court to reconsider its prior order. The motion for reconsideration is denied.

SO ORDERED at Hartford, Connecticut this 22nd day of January, 2008.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge